# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ROBERT D. HOLLIS, | Case No. EDCV 09-00097 AHM (AJW) |
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
| MARGARET HARRINGTON, R.N., et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, the attached Report and Recommendation of Magistrate Judge ("Report") and the Supplemental Report and Recommendation, plaintiff's objections thereto, and defendants' response to the objections. Good cause appearing, the Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a *de novo* determination of the portions to which objections were directed.

**IT IS SO ORDERED**.

DATED: November 24, 2009

_____
A. HOWARD MATZ
United States District Judge