UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ROBERT D. HOLLIS,<br><br>      Plaintiff,<br><br>    v.<br><br>M. HARRINGTON, et al.,<br><br>      Defendants. | Case No. EDCV 09-00097 ODW (AJW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. Good cause appearing, the Court accepts the findings and recommendations contained in the Report.

**IT IS SO ORDERED.**

DATED: September 19, 2013

_____
OTIS D. WRIGHT, II
United States District Judge