UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT D. HOLLIS, | ) | |
| Plaintiff, | ) | No. EDCV 09-00097 ODW (AJW) |
| v. | ) | |
| MARGARET HARRINGTON, R.N., et al., | ) | J U D G M E N T |
| Defendants. | ) | |

**IT IS ADJUDGED** that: (1) plaintiff's claims against defendant Margaret Harrington in her individual capacity be dismissed without prejudice insofar as they arise from alleged events on March 1, 2008 and March 2, 2008, and with prejudice insofar as they arise from alleged events on November 10, 2007 and November 14, 2007; (2) plaintiff's claims against defendant Virginia Johnson in her individual capacity be dismissed without prejudice insofar as they arise from alleged events on February 8, 2008 and April 8, 2008, and with prejudice insofar as they arise from alleged events on February 1, 2008; (3) plaintiff's claims against all defendants in their official capacity be dismissed with prejudice; and (4) plaintiff's claims against defendants Chris Bato, Lisa Bonnet, Nicolas Rivera, Dave Holbrook, Michael Smelosky, Debra Herndon, and Does 1 through 14 in their individual capacity be dismissed with prejudice.

September 19, 2013

OTIS D. WRIGHT, II
United States District Judge